**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-6706**

_____

ERIC TERRY,

Plaintiff - Appellant,

v.

MICHAEL HENNING, Nurse Practitioner, GCC; DR. VINCENT M.
GORE, Medical Director, GCC; L. MOODY, LPN; ARMOR
CORRECTIONAL HEALTH SERVICES, INC., Corporate Entity;
BENJAMIN WRIGHT, Lead Warden, GCC; DR. FRED SCHILLING,
Director of Health Services, VADOC,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.   Arenda L. Wright Allen,
District Judge. (2:13-cv-00118-AWA-LRL)

_____

Submitted:  September 15, 2015      Decided:  September 23, 2015

_____

Before NIEMEYER and SHEDD, Circuit Judges, and DAVIS, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Eric Terry, Appellant Pro Se.   Grace Morse Brumagin, RAWLS,
MCNELIS & MITCHELL, PC, Richmond, Virginia; Richard Carson
Vorhis, Senior Assistant Attorney General, Richmond, Virginia,
for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Terry appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Terry v. Henning, No. 2:13-cv-00118-AWA-LRL (E.D. Va. Apr. 20, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED